No. 99–1.  WHITE v. FIST, PERSONAL REPRESENTATIVE OF THE ESTATE OF GELLER, DECEASED, ET AL.  Ct. Civ. App. Okla. Certiorari denied.

No. 99–3.  ACE AUTO BODY & TOWING, LTD., ET AL. v. CITY OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 99–4.  BEGALA v. PNC BANK, OHIO, NATIONAL ASSN. C. A. 6th Cir.  Certiorari denied.

No. 99–6.  A. S. GOLDMEN & CO., INC. v. NEW JERSEY BUREAU OF SECURITIES.  C. A. 3d Cir.  Certiorari denied.

No. 99–7.  HAIK ET AL. v. TOWN OF ALTA ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 99–8.  LOUISIANA SEAFOOD MANAGEMENT COUNCIL ET AL. v. LOUISIANA WILDLIFE AND FISHERIES COMMISSION ET AL.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 99–9.  OLIVER & WRIGHT MOTORS, INC., INDIVIDUALLY AND AS CLASS REPRESENTATIVE v. CITY OF HOOVER ET AL. Sup. Ct. Ala.  Certiorari denied.

No. 99–10.  LEGGETT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–11.  BARRIS v. COUNTY OF LOS ANGELES.  Sup. Ct. Cal.  Certiorari denied.

No. 99–13.  BRYANT ET UX. v. WALTHAM SCHOOL COMMITTEE ET AL.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 99–14.  SUPREME OIL CO. v. METROPOLITAN TRANSPORTATION AUTHORITY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–15.  BLACKLEY v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.